Dismissed and Opinion Filed November 26, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01249-CR

## REDDIE HOUSTON, Appellant

## V.

## THE STATE OF TEXAS, Appellee

On Appeal from the 366th Judicial District Court
Collin County, Texas
Trial Court Cause No. 366-81813-06

# MEMORANDUM OPINION

Before Justices FitzGerald, Richter, and Fillmore
Opinion by Justice Fillmore

Reddie Houston was convicted of two counts of indecency with a child and one count of sexual assault of a child, as alleged in one indictment. Punishment, enhanced by a prior aggravated sexual assault conviction, was assessed at life imprisonment on each count. The convictions were affirmed on direct appeal. *Houston v. State*, No. 05-07-01049-CR (Tex. App.—Dallas 2008, pet. ref'd) (mem. op., not designated for publication). On July 23, 2012, appellant filed a motion asking the trial court to bench warrant him back to Collin County. The trial judge denied the motion by written order on July 25, 2012 and appellant appealed.

Appellate courts have jurisdiction over appeals by criminal defendants only upon conviction or from certain statutorily designated appealable orders. *See Wright v. State*, 969 S.W.2d 588, 589–90 (Tex. App.—Dallas 1998, no pet.). An order denying a motion for a bench warrant is not an appealable order.

We dismiss the appeal for want of jurisdiction.

ROBERT M. FILLMORE
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

121249F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

REDDIE HOUSTON, Appellant

No. 05-12-01249-CR    V.

THE STATE OF TEXAS, Appellee

Appeal from the 366th Judicial District
Court of Collin County, Texas (Trial Court
No. 366-81813-06).
Opinion delivered by Justice Fillmore,
Justices FitzGerald and Richter
participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered November 26, 2012.

_____
ROBERT M. FILLMORE
JUSTICE